# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>SALVADOR ESPARZA-ZARATE,<br><br>   Defendant. | CASE NO. 13CR0036 JLS<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

**X**  of the offense(s) as charged in the Indictment/Information:

   8:1326(a) and (b) - Attempted Reentry of Removed Alien

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/14/2013

David H. Bartick
U.S. Magistrate Judge

